STATE v. TICE

No. 449P86.

Case below: 81 N.C. App. 529.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. WILLIAMS

No. 192P86.

Case below: 79 N.C. App. 371.

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. WOODARD

No. 309P86.

Case below: 80 N.C. App. 338.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STEGALL v. ROBINSON

No. 485P86.

Case below: 81 N.C. App. 617.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

TURNER v. NICHOLSON PROPERTIES, INC.

No. 281P86.

Case below: 80 N.C. App. 208.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.